# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: SHAWANDA M. WILSON  
311 UNDERWOOD STREET  SSN-xxx-xx-2427  
ROCKFORD, IL  61101

Case Number: 05-74170

Case filed on: 8/16/2005  
Plan Confirmed on: 10/14/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $3,747.45    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ILLINOIS DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | SHAWANDA M. WILSON | 0.00 | 0.00 | 147.45 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 147.45 | 0.00 |
| 002 | AARGON COLLECTION AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ALLIANCE ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ALLIED BUSINESS ACCOUNTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ASSET ACCEPTANCE CORP | 355.13 | 355.13 | 128.60 | 0.00 |
| 006 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | GLA COLLECTION CO INC | 108.50 | 108.50 | 39.29 | 0.00 |
| 009 | JOHNSON, REAGAN & YOUNG PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | MIDLAND CREDIT MANAGEMENT INC | 2,884.51 | 2,884.51 | 1,044.55 | 0.00 |
| 011 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | NICOR GAS | 588.85 | 588.85 | 213.23 | 0.00 |
| 014 | ROCKFORD HOUSING AUTHORITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ROCKFORD MERCANTILE AGENCY INC | 4,264.43 | 4,264.43 | 1,544.25 | 0.00 |
| 016 | SAGE TELECOM | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ILLINOIS BELL TELEPHONE CO | 647.79 | 647.79 | 234.57 | 0.00 |
| 018 | VALENTINE & KEBARTAS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 8,849.21 | 8,849.21 | 3,204.49 | 0.00 |
|  | Grand Total: | 9,013.21 | 9,013.21 | 3,515.94 | 0.00 |

Total Paid Claimant: $3,515.94  
Trustee Allowance: $231.51  
Percent Paid Unsecured: 36.21

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009        By  /s/Heather M. Fagan